LARRY CALDWELL, SBN 88867
QUALITY SCIENCE EDUCATION FOR ALL
1380 Lead Hill Boulevard, Suite 106
Roseville, CA 95661
Tel. (916)774-4667
Fax (916)797-4954
caldwellandassociates@surewest.net

KEVIN T. SNIDER, SBN 170988
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827-6600
Tel. (916) 857-6900
Fax (916) 857-6902
kevinsnider@pacificjustice.org

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE E. CALDWELL,<br><br>    Plaintiff,<br><br>v.<br><br>ROY L. CALDWELL, PH.D., in his official capacity as Director of the University Of California Museum Of Paleontology; DAVID LINDBERG, in his official capacity as Chair of the Integrative Biology Department of the University of California-Berkeley; and MICHAEL D. PIBURN, in his official capacity as Program Director for the National Science Foundation,<br><br>    Defendants. | CASE NO. C05-04166 PJH<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE: CONTINUANCE OF HEARING ON DEFENDANTS ROY L. CALDWELL, PH.D., AND DAVID LINDBERG'S MOTION TO DISMISS COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6) |

STIP AND PROPOSED ORDER RE: MOTION TO DISMISS

## STIPULATION

Defendants, Roy L. Caldwell, Ph.D., and David Lindberg have filed a Motion to Dismiss plaintiff Jeanne E. Caldwell's Complaint in this action pursuant to Federal Rules of Civil Procedure 12(b)(6), which is noticed for hearing on January 25, 2006. Under the Local Rules, Plaintiff's Opposition to the Motion to Dismiss would be due on or before January 4, 2006, and Defendants' Reply would be due on or before January 11, 2006.

Based upon the holiday season and pre-existing commitments in other lawsuits, plaintiffs' counsel have requested a two-week continuance of the hearing on the Motion to Dismiss, which will also result in a two-week continuance of the respective deadlines for plaintiff's Opposition and defendants' Reply.

Subject to approval of the accompanying Order by the court, the parties hereby stipulate, through their respective counsel of record, to a two-week continuance of the hearing date on defendants' Motion to Dismiss and the respective deadlines for plaintiff's Opposition and defendants' Reply in relation to the Motion to Dismiss, so that the following dates will apply:

New hearing date for
Defendants Caldwell and Lindberg's Motion to Dismiss:   February 8, 2006.

New deadline for filing and service of
Plaintiff's Opposition:   January 18, 2006.

New deadline for filing and service of
Defendants' Reply:   January 25, 2006.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIP AND PROPOSED ORDER RE: MOTION TO DISMISS

It is so stipulated.

Morgenstein & Jubelirer LLP

Dated: December 28, 2005  By: *[signature]*
Adrienne S. Leight, Esq.,
Attorneys for defendants
Roy L. Caldwell, Ph.D., and
David Lindberg

Pacific Justice Institute

Dated: Dec. 28 '05  By: *[signature]*
Kevin T. Snider, Esq.,
Attorneys for plaintiff Jeanne E. Caldwell

## ORDER

Good causing appearing, and based upon the stipulation of the parties, the requested continuance of the hearing date and respective dates for filing and service of plaintiff's Opposition and defendants' Reply for defendants Roy L. Caldwell, Ph.D., and David Lindberg's Motion to Dismiss, pursuant to F.R.C.P. 12(b)(6) is granted, so that the following dates will apply:

| | |
|---|---|
| New hearing date for Defendants Caldwell and Lindberg's Motion to Dismiss: | February 8, 2006. |
| New deadline for filing and service of Plaintiff's Opposition: | January 18, 2006 |
| New deadline for filing and service of Defendants' Reply: | January 25, 2006. |

It is so ordered.

Dated: 1/5/06

_____
Honorable Phyllis J. Hamilton,
United States District Judge