JAMES E. HOLST (CSB # 34654)
CHRISTOPHER M. PATTI (CSB #118283)
University of California
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607-5200
Telephone: (510) 987-9800
Facsimile: (510) 987-9757

MORGENSTEIN & JUBELIRER LLP
WILLIAM J. CARROLL (CSB #118106)
ADRIENNE S. LEIGHT (CSB #226854)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

Attorneys for Defendants
ROY L. CALDWELL, Ph.D.
and DAVID LINDBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JEANNE E. CALDWELL, | Case No. C05-04166 |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATIONS TO OCTOBER 14, 2005 SCHEDULING ORDER** |
| v. | |
| ROY L. CALDWELL, Ph.D., in his official capacity as Director of the University of California Museum of Paleontology; DAVID LINDBERG, in his official capacity as Chair of the Integrative Biology Department of the University of California-Berkeley; and MICHAEL D. PIBURN, in his official capacity as Program Director for the National Science Foundation, | [Filed Concurrently with the Declaration of Adrienne S. Leight ] |
| Defendants. | |

Pursuant to Local Rules 6-2 and 7-12, plaintiff Jeanne E. Caldwell and defendants Roy L. Caldwell, Ph.D., David Lindberg and Michael D. Piburn (collectively "parties") by and through their undersigned counsel, hereby stipulate as follows:

///

1. WHEREAS defendants Roy L. Caldwell and David Lindberg have filed a motion to dismiss and a motion to strike which will be heard by the Court on February 8, 2006;

2. WHEREAS defendant Michael D. Piburn ("Piburn") intends to file a motion to dismiss and/or motion to strike on February 10, 2006 pursuant to Piburn's stipulation with plaintiff;

3. WHEREAS it is in the parties' mutual interest to extend the deadlines set forth in the October 14, 2005 scheduling order ("Scheduling Order") to enable the parties to meet and confer about initial disclosures, ADR and the joint case management conference statement after Piburn enters an appearance on February 10, 2006;

4. WHEREAS it is in the parties' mutual interest to extend the deadlines set forth in the Scheduling Order pending the Court's consideration of defendants' motions;

It is proposed and stipulated that the following deadlines will be continued 60 days or as set forth below:

| | |
|---|---|
| Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan | March 27, 2006 |
| Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference | March 27, 2006 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report | April 10, 2006 |
| Case Management Conference | April 20, 2006, 2:30 p.m., Courtroom 3, 17th Floor |

DATED: January____, 2006              MORGENSTEIN & JUBELIRER LLP


                                      By:____/s/ William J. Carroll_____
                                      William J. Carroll
                                      Attorneys for Defendants
                                      ROY L. CALDWELL, Ph.D.,
                                      and DAVID LINDBERG

1   DATED: January ____, 2006                QUALITY SCIENCE EDUCATION FOR ALL

3                                             By:   /s/ Larry Caldwell
                                              Larry Caldwell
4                                             Attorney for Plaintiff
                                              JEANNE E. CALDWELL

6   DATED: January ____, 2006                UNITED STATES DEPT. OF JUSTICE

8                                             By:   /s/ Owen T. Martikan
                                              Owen T. Martikan
9                                             Assistant U.S. Attorney for Defendant
                                              MICHAEL D. PIBURN

12              **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

13       January 30
14  DATED: _____, 2006

16                                            By: _____
                                              HON. _____
17                                            United States District Judge

                    IT IS SO ORDERED
                    Judge Phyllis J. Hamilton

Morgenstein & Jubelirer LLP
Attorneys At Law
San Francisco

08769.00017
600390.1

- 3 -
STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATIONS TO OCTOBER 14, 2005 SCHEDULING ORDER